IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GARFIELD WILLIAMS and | : | |
| ALEXIS WILLIAMS | : | |
| | : | |
| v. | : | |
| | : | |
| NAQUANA BATES, ADMINISTRATRIX | : | |
| OF THE ESTATE OF MARCUS BATES, | : | |
| DECEASED | : | NO. 13-3048 |

ORDER

AND NOW, this 22nd day of September, 2014, upon consideration of Plaintiff Allstate Insurance Company's complaint (docket entry #1) and motion for judgment on the pleadings (docket entry #21), and the response in opposition thereto of joinder defendant NaQuana Bates, Administratrix of the Estate of Marcus Bates, and based on the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. Plaintiff's motion for judgment on the pleadings is GRANTED;

2. The Court DECLARES that pursuant to Allstate's Standard Homeowners Policy #918727184, the insurer has no duty to defend or indemnify Garfield Williams and/or Alexis Williams; and

3. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

  /s/ Stewart Dalzell, J.
Stewart Dalzell, J.